**SO ORDERED.**

**SIGNED this 01 day of June, 2010.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LEATRICE HILL DRYE, ) | |
| ) | Case No. 10-02664-8-JRL |
| ) | (Chapter 7) |
| Debtor. ) | |

**ORDER GRANTING MOTION FOR
RELIEF FROM THE AUTOMATIC STAY**

THIS CAUSE coming on before the undersigned United States Bankruptcy Judge upon the Motion For, Among Other Things, Relief From The Automatic Stay (herein the "Motion") filed on behalf of Wells Fargo Auto Finance, Inc., Servicer for Wells Fargo Bank, N.A. (herein "Wells Fargo") as to the 2005 Kia Sedona, VIN #KNDUP132956714830 (herein the "Vehicle"), and the Court having reviewed the Motion and the record in this case, finds the Motion should be GRANTED.

IT IS THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. That the automatic stay pursuant to 11 U.S.C. §362(d) should be, and hereby is, lifted and modified to permit Wells Fargo to foreclose its security interest in the Vehicle in accordance with its loan documents and applicable law; and

2. That the Debtor should be, and hereby, ordered to immediately release the Vehicle to Wells Fargo or advise it of the location of the Vehicle and the name, address, and telephone number of any third party in possession of the Vehicle; and

3. That time is of the essence as to each and all of the provisions of this Order; and

4. This Order shall be effective immediately upon entry pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, notwithstanding anything to the contrary in the Rules of Bankruptcy Procedure which might be applicable; and

       5.       That this Court shall, and hereby does, retain jurisdiction over this matter, the parties hereto, and the subject matter hereof, to the extent permitted under applicable law, for the entry of such other and further orders as are either necessary or appropriate to accomplish the foregoing.

End of Document